UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK W. WIGGINS | CIVIL ACTION |
| VERSUS | NO. 25-2298 |
| MORAN TOWING & TRANSPORTATION, LLC | SECTION R (4) |

# ORDER AND REASONS

Before the Court is a joint motion from plaintiff Mark W. Wiggins and defendant Moran Towing Corporation to continue the trial, pretrial conference, and all remaining pretrial deadlines established by the Court's Scheduling Order.[1]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned up). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

1 R. Doc. 14.

The Court finds that the parties have met the good cause standard here. *See S&W Enters., L.L.C.*, 315 F.3d at 535. Several witnesses are currently unavailable for deposition due to their work at sea. The Court finds that the parties cannot meet the current deadlines despite the diligence of the parties.

For the foregoing reasons, the Court GRANTS the joint motion to continue proceedings. A new scheduling conference will be held **BY TELEPHONE** on **September 24, 2026 at 10:00 a.m.** for the purpose of re-scheduling the pretrial conference, trial, and the remaining pretrial deadlines. All remaining pretrial deadlines established in the scheduling order on March 18, 2026, are reset except for the deadlines for initial disclosures and amendments to pleadings, third-party actions, crossclaims, and counterclaims.[2] The parties shall call in for the teleconference using phone number (833) 990-9400 and access code 124518418. The Court will be represented by its Case Manager.

New Orleans, Louisiana, this 31st day of August, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2] R. Doc. 11.